## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JAMES LAWRENCE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-11-245-M ) |
| JAMES RUDEK, | ) ) ) |
| Respondent. | ) |

### ORDER

On May 11, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action. The Magistrate Judge recommends that this action be dismissed for lack of jurisdiction. The parties were advised of their right to object to the Report and Recommendation by May 28, 2011. Petitioner has not filed an objection, but on May 16, 2011, petitioner filed a Motion to Take Judicial Notice.

Upon de novo review of this matter, the Court:

(1) GRANTS petitioner's Motion to Take Judicial Notice [docket no. 17] and construes said motion as petitioner's objection to the Report and Recommendation;

(2) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 11, 2011; and

(3) DISMISSES this action for lack of jurisdiction.

**IT IS SO ORDERED this 16th day of June, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE